# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4357

_____

JOHN WILLIAM WHITESIDE, JR.,

Appellant,

v.

AMAZON COM DEDC LLC, and
SEDGWICK CMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: November 11, 2016.

July 26, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Michael R. Beane of Moore, Ingram, Johnson & Steele, Jacksonville, for Appellees.